# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:17-cr-00351-JMC-1[1] |
| | ) | |
| v. | ) | |
| | ) | **ORDER AND OPINION** |
| MICHAEL CARTER a/k/a "Blaze," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Michael Carter, also known as "Blaze," is a prisoner currently serving a sentence of 240 months in the Bureau of Prisons. (*See* ECF No. 45.) This matter is before the court on Carter's Motion to Withdraw Motion for Compassionate Release and Motion for Appointment of Counsel. (ECF No. 181 (referencing ECF Nos. 168, 170).) Specifically, Carter seeks "to 'only' withdraw my pending Motion for Compassionate Release . . . and my pending Rule 59E Appointment of Counsel Motion, [because] these excessive filings of mine, over burden this court." (ECF No. 181.)

Upon consideration of the foregoing, the court **GRANTS** Carter's Motion to Withdraw (ECF No. 181) and **DIRECTS** the clerk to **TERMINATE** Carter's Motion for Compassionate Release (ECF No. 170) and his Motions to Expedite Ruling on the Motion for Compassionate Release (ECF Nos. 171, 172, 175, 176).[2] The court previously denied Carter's Motion for Appointment of Counsel (ECF No. 168) on April 28, 2021. (*See* ECF No. 177.)

---

[1] This matter is related to *Carter v. United States*, Civil Action No. 3:18-cv-02707-JMC.

[2] The court observes that on May 26, 2021, Carter filed a Notice of Appeal regarding the denial of his Motion for Appointment of Counsel. (*See* ECF No. 182.) The court has jurisdiction to address this pending Motion for Reconsideration because adjudication of the issue will aid the appeal. *E.g.*, *Fobian v. Storage Tech. Corp.*, 164 F.3d 887, 890–91 (4th Cir. 1999) (holding that a district court is authorized, under the "in aid of appeal" exception, to entertain a motion after a party appeals the district court's judgment).

2

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

July 30, 2021
Columbia, South Carolina

2